IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUCHELL CINQUE MAGEE, | 1:07-cv-01766-OWW-WMW (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND TIME TO RESPOND TO ORDER TO SHOW CAUSE |
| vs. | |
| ROBERT E. COYLE, et al., | (DOCUMENT # 9) |
| Defendants. | (30) THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On January 14, 2008, plaintiff filed a motion to extend time to respond to order to show cause. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to respond to order to show cause.

IT IS SO ORDERED.

**Dated:   February 4, 2008**              /s/  William M. Wunderlich
                                            UNITED STATES MAGISTRATE JUDGE