IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUCHELL MAGEE,

        Plaintiff,        1: 07 CV 1766 OWW WMW PC

  vs.                      ORDER RE MOTIONS (DOC 6, 8)

D. BRAVO, et al.,

        Defendants.

     Plaintiff has filed motions titled as a motion to strike, and a motion for a hearing on his application to proceed in forma papueris.  The documents appear to be a response to the order to show cause why Plaintiff should not be denied leave to proceed in forma pauperis.   An order has been entered, denying Plaintiff leave to proceed in forma pauperis pursuant to the three strikes provision of 28 U.S.C. § 1915(g).

     Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion are denied as moot.
 IT IS SO ORDERED.

**Dated:   July 17, 2008**                   /s/  William M. Wunderlich
                                              UNITED STATES MAGISTRATE JUDGE