IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUCHELL MAGEE,

        Plaintiff,                 1: 07 1766 OWW WMW PC

  vs.                             ORDER RE MOTION (DOC 14)

D. BRAVO, et al.,

        Defendants.

      Plaintiff has filed a motion titled as "Demand Case Assignment to Special Prosecution." Plaintiff's motion consists of rambling complaints regarding judicial officers. Plaintiff does not seek any relief that this court can provide. Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion is denied.

IT IS SO ORDERED.

**Dated:   July 17, 2008**                    /s/ **William M. Wunderlich**
                                                      UNITED STATES MAGISTRATE JUDGE