IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUCHELL MAGEE,

      Plaintiff,         1: 07 CV 1766 OWW WMW PC

  vs.                     FINDINGS AND RECOMMENDATION
                          RE MOTION (DOC 14)

D. BRAVO, et al.,

      Defendants.

      Plaintiff has filed a motion for injunctive relief.  Plaintiff's motion references an underlying criminal conviction entered in 1973.  Plaintiff appears to argue that he is falsely incarcerated.

      Plaintiff has been denied leave to proceed in forma pauperis pursuant to the three strikes provision of 28 U.S.C. § 1915(g).  Plaintiff has not paid the fee or alleged facts that satisfy the standard set forth in § 1915(g).  There is therefore no operable complaint on which this action proceeds.  Thus, at this point in time, there is no case or controversy before the court.

      Federal courts are courts of limited jurisdiction, and as a preliminary matter, the court must have before it an actual case or controversy. City of Los Angeles v. Lyons, 461 U.S. 95, 102 (1983); Valley Forge Christian Coll. v. Ams. United for Separation of Church and State, Inc., 454 U.S. 464, 471,(1982); Jones v. City of Los Angeles, 444 F.3d 1118, 1126 (9th Cir. 2006). If

the court does not have an actual case or controversy before it, it has no power to hear the matter in question. Id. "A federal court may issue an injunction *if* it has personal jurisdiction over the parties and subject matter jurisdiction over the claim; it may *not* attempt to determine the rights of persons not before the court." Zepeda v. United States Immigration Service, 753 F.2d 719, 727 (9th Cir. 1985) (emphasis added).

Accordingly, IT IS HEREBY RECOMMENDED that Plaintiff's motion for injunctive relief be denied.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636 (b)(1)(B). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time waives all objections to the judge's findings of fact. See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998). Failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

**Dated:   July 18, 2008**            /s/  **William M. Wunderlich**
                                      UNITED STATES MAGISTRATE JUDGE